■ MICHELLE L. DUKE, Respondent, v BRIAN A. DUKE, Appellant. [945 NYS2d 587]—Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered March 25, 2010. The order amended a judgment of divorce.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni, Sconiers and Martoche, JJ.